IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Phillip D. Armstrong, Leila R. Armstrong, and Filco Incorporated, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) ) |
| Berco Resources, LLC and Encore Acquisition Company d/b/a Encore Operating, LP, | ) ) ) ) |
| Defendants. | ) ) |

**AMENDED ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND AMENDING SCHEDULING ORDER**

Case No.: 4:10-cv-022

_____

The court held a status conference regarding the pending Motion for Leave to File Amended Complaint (Docket No. 25) on September 1, 2011. For good cause shown, the plaintiffs motion is **GRANTED**, and the following amendments are made to the scheduling order:

1. The trial in this matter shall be continued to May 16, 2012, in Bismarck, Courtroom #1 before Judge Hovland. (3 days).

2. The parties are permitted to reopen discovery, if necessary, pertaining to new claims or issues raised by the amendments to the complaint.

3. The parties shall have until January 13, 2012 to file dispositive motions.

**IT IS SO ORDERED.**

Dated this 9th day of September, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court